AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Molyan, Mark Danilovich, Jeffrey Lorsah, Dmitry Lipis, Lynda Tudder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Elmhurst Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DSI Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plus, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mikhail Zemlyansky
15 Sutton Ln
Hewlett, NY 11557-1010

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*


                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grimberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lerush, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Srcgey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians, P.C., Prompt Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Treatment

)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael Danilovich
75 Oceana Dr. E Apt 3G
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                           *Server's signature*


                                                              _____
                                                                           *Printed name and title*


                                                              _____
                                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Loreah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Digio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Guteva, M.D., Zuhair Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Westchester Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Cure Chiropractic, P.C. and Poznansky Acupuncture, P.C.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Yuriy Zayonts
653 BRITTON AVE APT 1
STATEN ISLAND, NY 10304-4463

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sendler, Gregory Mikhalov, Micheal Melyan, Mark Danilovich, Jeffery Loreah, Dmitry Lipis, Lynda Tedder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Payment Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Riverside Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plus, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Mikhail Kremerman
2546 E 13TH ST APT B7
BROOKLYN, NY 11235-4320

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostransky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zubeir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Fermont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Sunbound Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Solutions, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Micheal Barukhin
40 OCEANA DR W APT 4F
BROOKLYN, NY 11235-6667

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Loreah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Pierpont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Metville Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., et al. [illegible]
P.C.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mikhail Ostrumsky
35 SEACOAST TER APT 12
BROOKLYN, NY 11235-6024

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate
Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook
Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

        *Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail
Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman,
Alexander Sandler, Gregory Mikhulov, Michael Morgan, Mark Danilovich, Jeffery Loreah, Dmitry Lipis, Lynda
Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D.,
Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D.,
Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C.,
Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United
Medical of Brooklyn, P.C., Friendly Physician, P.C., Fairmont Corner Medical, P.C., Hamilton Medical
Healthcare, P.C., Quest Medical Services, P.C., Herkimer Medical, P.C., Colden Medical, P.C., Clearview of
Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis
Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic
Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plus, P.C., et al.,

        *Defendant*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Boris Treysler
                            105 Oceana Dr. E Apt 4H
                            Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Richard King, Esq.
                            Smith & Brink, P.C.
                            1325 Franklin Ave, Ste 320
                            Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                        _____
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Taelder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuhair Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians, P.C., Fairmont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Metlodious Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Comprehensive Chiropractic, P.C.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Andrey Anikeyev
186 Arcadiam Way
Fort Lee, NJ 07024

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

## PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                         _____
                                          *Printed name and title*

                                         _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treystar, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leraeh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gsteva, M.D., Zuhair Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Tremont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Nahimums Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Solutions

*Defendant*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vladimir Grinberg
3060 OCEAN AVE APT 3S
BROOKLYN, NY 11235-3364

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                  *Server's signature*

                                                        _____
                                                                  *Printed name and title*


                                                        _____
                                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

)
)
)

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gazova, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians, P.C., Ferment Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kah Acupuncture, P.C., First Care Chiropractic, P.C.

)
)
)
)
)

Civil Action No.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vladislav Zaretskiy
209 Stonegate Dr.
Staten Island, NY 10304

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633;  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9633;  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633;  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9633;  I returned the summons unexecuted because _____ ; or

&#9633;  Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                        *Server's signature*

                                               _____
                                                        *Printed name and title*

                                               _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company )

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lerash, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Class Equipment, Inc., AB Chiropractic Health Plus D.S., P.C.

Civil Action No. 

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Yevgeniy Shuman
2127 E 64th St
Brooklyn, NY 11234

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

)
)
*Plaintiff*
)

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Molgan, Mark Danilovich, Jeffrey Lersah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Guteva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Seaside Medical, P.C.

)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alexander Sandler
2 MOHAWK CT EAST
BRUNSWICK, NJ 08816-4009

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9633; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9633; I returned the summons unexecuted because _____ ; or

&#9633; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

*Server's signature*


_____

*Printed name and title*


_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich, Yury Zayonts, Mikhail Kremerman, Micheal Barukhin, Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Molyan, Mark Danilovich, Jeffrey Loreah, Dmitry Lipis, Lynda Tedder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gsteva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Allstdate Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Community Medical Imaging, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gregory Mikhalov
1600 Cherry St. Apt 2.
Highland, NJ 08904

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                            *Server's signature*

                                                 _____
                                                            *Printed name and title*

                                                 _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company )

)
)
*Plaintiff* )

Mikhail Zemlyansky, Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrinsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician's P.C., Fairmont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic...

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Micheal Morgan
93 Beacon Hill Rd.
Port Washington, NY 11050

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leroah, Dmitry Lipis, Lynda Tedder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Grieva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Care, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Gromas Chiropractic Health Plus D.S., P.C.

*Defendants*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Mark Danilovich
60 Oceana Dr. W Apt 3D
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10065;  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10065;  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10065;  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#10065;  I returned the summons unexecuted because _____ ; or

&#10065;  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maris C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Guteva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Forrest Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melrouise Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.,

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jeffery Lereah
5 Robin Hood Rd
Suffern, NY 10901-3808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Loresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Sunrise Acupuncture, P.C.

)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dmitry Lipis
2546 E 13th St Apt E16
Brooklyn, NY 11235-4326

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

)
)
)

_Plaintiff_

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Elegant Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.

)
)
)
)
)
)
)
)

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   Lynda Tadder
3395 Nostrand Ave Apt 5L
Brooklyn, NY 11229

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                               *Server's signature*


                                             *Printed name and title*


                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leroah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician P.C., Ferment Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.

)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Matthew Conroy
106 Forrestdale Rd.
Rockville Centre, NY 11570

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10065; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10065; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10065; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#10065; I returned the summons unexecuted because _____ ; or

&#10065; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*

                                                 _____
                                                         *Printed name and title*


                                                 _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company )

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leraeh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinskay, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Boulevard Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Maria Diglio
91 Kenwood Rd
Garden City, NY 11530-3107

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                               _____
                                                 *Server's signature*

                               _____
                                          *Printed name and title*

                               _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

_____
*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Altimed Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health

)
)
)
)
)
)   Civil Action No.
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sol Naimark
6720 147TH ST.
FLUSHING, NY 11367-1335

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gnieva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sergey Gabinsky, M.D.
3080 W 1st St, Apt 702
Brooklyn, NY 11224

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrinsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeny Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Moroz, Mark Danilovich, Jeffary Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Fairmont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Matched Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Healthcare ...

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tatyana Gabinskaya
1469 84th St Fl 2
Brooklyn, NY 11228-3111

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate
Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook
Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

)
)
)

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman , Michael Barukhin , Mikhail Ostrovsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria G. Ruscito, Ira Nemirofsky, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zubeir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Danny Abramov, D.C., D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Cure Chiropractic, P.C., Chiropractic Health Plus D.S., P.C.

)

*Defendant*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lauretta Grzegorczyk, M.D.
7 Maguire Ct.
Staten Island, NY 10309

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                            *Server's signature*

                                   _____
                                            *Printed name and title*

                                   _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhailov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Marie C. Diglio, Sol Naimark, Sergey Gubinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Meadelle Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Global Physical Therapy, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eva Gateva, M.D.
3671 Hudson Manor Terrace 5D
Bronx, NY 10463

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikuyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Eastern Comer Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Coldun Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Zuheir Jamil Said, M.D.
4321 RICHARDSON AVE APT 2 FL
BRONX, NY 10466-1403

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michel Moigua, Mark Danilovich, Jeffery Lenah, Dmitry Lipis, Lynda J. Tedder, Mathew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians, P.C., Tremont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Metrolund Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Sanni Thomas
1623 Max Way
Fishkill, NY 12524

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

       *Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Maternal Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C. P.C.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Sanni Thomas
                              402 L Thompson St
                              Cedar Hill, TX 75104

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
                                      Smith & Brink, P.C.
                                      1325 Franklin Ave, Ste 320
                                      Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*
_____

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treyster, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Moryan, Mark Danilovich, Jeffery Lereah, Dmitry Lipisi, Lynda Taidor, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzagorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Fermont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Milestone Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plus, P.C.

)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark Shapiro, M.D.
2323 E 63RD ST
BROOKLYN, NY 11234-6303

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

$\hspace{4cm}$ )
$\hspace{4cm}$ )
$\hspace{4cm}$ )

*Plaintiff*

$\hspace{4cm}$ )

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinekaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Forrest Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

$\hspace{4cm}$ )
$\hspace{4cm}$ )
$\hspace{4cm}$ )
$\hspace{4cm}$ )
$\hspace{4cm}$ )
$\hspace{4cm}$ )

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Pavel Poznansky, L.A.C.
$\hspace{5cm}$ 2784 E 12TH ST APT 5A-E
$\hspace{5cm}$ BROOKLYN, NY 11235-4632

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Richard King, Esq.
$\hspace{5cm}$ Smith & Brink, P.C.
$\hspace{5cm}$ 1325 Franklin Ave, Ste 320
$\hspace{5cm}$ Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
$\hspace{7cm}$ *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffrey Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zoheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Fermani Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Rehoboth Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., ...

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Constantine Voytenko, D.C.
                                       2780 W 5TH ST APT 12A-W
                                       BROOKLYN, NY 11224-4166

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinskay, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Far East Corner Medical, P.C., Hamilton Medical *Defendant* Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.

)
)
)
)
)
)   Civil Action No.
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dmitry Slobodyansky
1035 Seawane Dr.
Hewlett, NY 11557

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*


                                                          _____
                                                                    *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Loresh, Dmitry Lipis, Lynda Tedder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C, Forrest Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Supportive

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Big Apple Medical, PC
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9633; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9633; I returned the summons unexecuted because _____ ; or

&#9633; Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                                      _____
                                                        *Printed name and title*

                                                      _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## Big Apple Medical, PC

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information" and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made.  Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

☑ Other: specify section of law 18 U.S.C. Sec. 1962
and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)  ☐ Check  ☐ Credit Card  ☐ Debit Card  ☐ Cash  ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located  ☐ No Records Located   ☐ Entity Name has Changed  ☐ Merged Out
☐ Other._____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required  ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____  Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through April 17, 2012.

Selected Entity Name: BIG APPLE MEDICAL P.C.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | BIG APPLE MEDICAL P.C. |
| **Initial DOS Filing Date:** | JANUARY 27, 2010 |
| **County:** | QUEENS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC PROFESSIONAL CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
BIG APPLE MEDICAL P.C.
199 AVENUE T
BROOKLYN, NEW YORK, 11223

**Registered Agent**

NONE

    This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

**# of Shares Type of Stock $ Value per Share**

200          No Par Value

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 27, 2010 | Actual | BIG APPLE MEDICAL P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate
Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook
Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail
Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman,
Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Lerash, Dmitry Lipis, Lynda
Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D.,
Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D.,
Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C.,
Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United
Medical of Brooklyn, P.C., Friendly Physicians, P.C., Fremont Corner Medical, P.C., Hamilton Medical
Healthcare, P.C., Quest Medical Services, P.C., Metroline Medical, P.C., Colden Medical, P.C., Clearview of
Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis
Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic
Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Care, P.C., et al.

Civil Action No.

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Efficient Medical Diagnostic, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                         _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*

                                                         _____
                                                         *Printed name and title*


                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| FOR DOS USE ONLY |
|---|
|  |

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Efficient Medical Diagnostic, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

- ☑ Other: specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____) ☑ Check ☐ Credit Card ☐ Debit Card ☐ Cash ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control*. Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served*. |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3) above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control*. |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing*. See the applicable section of law for further information. |

---

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located ☐ No Records Located ☐ Entity Name has Changed ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match ☐ 2 Copies Required ☐ Court/Forum not within NYS ☐ Payment not Received or Method not Indicated
☐ Other:_____ Date of Rejection:_____ Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through April 17, 2012.

Selected Entity Name: **EFFICIENT MEDICAL CARE P.C.**

### Selected Entity Status Information

**Current Entity Name:** EFFICIENT MEDICAL CARE P.C.

**Initial DOS Filing Date:** DECEMBER 16, 2009

**County:** QUEENS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

BARNALI HASAS
86-14 SUTRO STREET
HOLLIS, NEW YORK, 11423

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| **\*Stock Information** | | | **Name History** | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | DEC 16, 2009 | Actual | EFFICIENT MEDICAL CARE P.C. |

\*Stock information is applicable to domestic busines
corporations.

A **Fictitious** name must be used when the **Actual** name of a
foreign entity is unavailable for use in New York State. The
entity must use the fictitious name when conducting its
activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

| Search Results | | New Search |

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company | ) ) ) |
| *Plaintiff* | ) |
| Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgen, Mark Danilovich, Jeffory Leteah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Sasd, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Tremont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic | ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Highway Medical Diagnostic, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9633; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9633; I returned the summons unexecuted because _____ ; or

&#9633; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

FOR DOS USE ONLY

**(1) Indicate the name of the entity or person to be served.** *(See Note 1 below):*

Highway Medical Diagnostic, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box.** *(See Note 2 below):*

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
☐ Business Corporation Law §306
☐ Not-for-Profit Corporation Law §306
☐ Limited Liability Company Law §303
☐ Partnership Law §121-109(a) (LP's)
☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
☐ Partnership Law §121-1505 (LLP's)
☐ Real Property Law §339-n
☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

☑ Other:  specify section of law  18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

Unauthorized Foreign Entities (Applicable fee: $40.00)
☐ Business Corporation Law §307
☐ Not-for-Profit Corporation Law §307
☐ Limited Liability Company Law §304
☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
☐ Business Corporation Law §306-A (suspended BC's)
☐ Limited Liability Co. Law §301-A (suspended LLC's)
☐ Partnership Law §121-104-A (suspended LP's)
☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
☐ Vehicle and Traffic Law §253 (non-resident)
☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
☐ Drawdown Account (_____)  ☑ Check  ☐ Credit Card  ☐ Debit Card  ☐ Cash  ☐ Other
☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**
**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. *(See Note 3 below)***

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

**FOR DOS USE ONLY**
**Service of Process Unit Search Results:** ☐ Records Located  ☐ No Records Located    ☐ Entity Name has Changed  ☐ Merged Out
  ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match    ☐ 2 Copies Required  ☐ Court/Forum not within NYS    ☐ Payment not Received or Method not Indicated
☐ Other:_____  Date of Rejection:_____  Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

Selected Entity Name: **HIGHWAY MEDICAL DIAGNOSTIC, P.C.**

### Selected Entity Status Information

**Current Entity Name:** HIGHWAY MEDICAL DIAGNOSTIC, P.C.
**Initial DOS Filing Date:** SEPTEMBER 08, 2003
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
HIGHWAY MEDICAL DIAGNOSTIC, P.C.
1723 EAST 12TH STREET / #5L
BROOKLYN, NEW YORK, 11229
**Chairman or Chief Executive Officer**
SERGEY GABINSKY M.D.
1723 E 12TH ST
# 5L
BROOKLYN, NEW YORK, 11229
**Principal Executive Office**
HIGHWAY MEDICAL DIAGNOSTIC, P.C.
1723 E 12TH STREET / #5L
BROOKLYN, NEW YORK, 11229
**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |

Entity Information

| 200 | No Par Value | | SEP 08, 2003 | Actual | HIGHWAY MEDICAL DIAGNOSTIC, P.C. |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results | New Search

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostransky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Leresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Laureta Grzegorczyk, M.D., Eva Garova, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C. Forrest Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kah Acupuncture, P.C., First Care Chiropractic, P.C.,

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bushwick Plaza Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                      _____
                                                                 *Server's signature*

                                                                 _____
                                                                 *Printed name and title*

                                                                 _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

```
┌─────────────────────────────────┐
│ FOR DOS USE ONLY                │
│                                 │
│                                 │
│                                 │
│                                 │
└─────────────────────────────────┘
```

(1) **Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## Bushwick Plaza Medical, P.C.

(2) **If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information" and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

(3) **Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

**Domestic or Authorized Foreign Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §306
☐ Not-for-Profit Corporation Law §306
☐ Limited Liability Company Law §303
☐ Partnership Law §121-109(a) (LP's)
☐ Partnership Law §121-1502 (foreign LLP's)
   (*must serve a Deputy Secretary of State*)
☐ Partnership Law §121-1505 (LLP's)
☐ Real Property Law §339-n
☐ General Associations Law §19
   (*must serve a Deputy Secretary of State*)

☑ Other: specify section of law 18 U.S.C. Sec. 1962
   and applicable fee (☑ $40 or ☐ other $_____ )

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §307
☐ Not-for-Profit Corporation Law §307
☐ Limited Liability Company Law §304
☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §306-A (suspended BC's)
☐ Limited Liability Co. Law §301-A (suspended LLC's)
☐ Partnership Law §121-104-A (suspended LP's)
☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
☐ Vehicle and Traffic Law §253 (non-resident)
☐ Vehicle and Traffic Law §254 (former resident)

(4) **Indicate the manner in which the applicable fee is paid:**
☐ Drawdown Account (_____ )   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

(5) **Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

(6) **Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

(7) (a) **If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

  (b) **If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

```
┌────────────────────────────────────────────────────────────────────────────────┐
│ Note 1:  If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above    │
│          and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.*          │
│          Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached*        │
│          *DOS search page(s) will be served.*                                                                                          │
│ Note 2:  If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the    │
│          section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable*  │
│          *to the entity will control.*                                                                                                 │
│ Note 3:  If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic   │
│          Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy       │
│          of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the        │
│          applicable section of law for further information.                                                                            │
└────────────────────────────────────────────────────────────────────────────────┘
```

```
┌────────────────────────────────────────────────────────────────────────────────┐
│ FOR DOS USE ONLY                                                                 │
│ Service of Process Unit Search Results: ☐ Records Located  ☐ No Records Located    ☐ Entity Name has Changed   ☐ Merged Out │
│                                          ☐ Other:_____                                │
│                                                                                  │
│ Reason for Rejection:                                                            │
│ ☐ Copies do not Match    ☐ 2 Copies Required   ☐ Court/Forum not within NYS      ☐ Payment not Received or Method not Indicated │
│ ☐ Other:_____    Date of Rejection:_____  Rejected by:_____ │
│ DOS-0277(Rev. 3/08 )                                                             │
└────────────────────────────────────────────────────────────────────────────────┘
```

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through April 17, 2012.

**Selected Entity Name: BUSHWICK PLAZA MEDICAL, P.C.**

### Selected Entity Status Information

**Current Entity Name:** BUSHWICK PLAZA MEDICAL, P.C.

**Initial DOS Filing Date:** OCTOBER 13, 2000

**County:** KINGS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
BUSHWICK PLAZA MEDICAL, P.C.
45 JOHN STREET, SUITE 711
NEW YORK, NEW YORK, 10038

**Chairman or Chief Executive Officer**
SERGEY GABINSKY
1912 KINGS HWY
BROOKLYN, NEW YORK, 11229

**Principal Executive Office**
BUSHWICK PLAZA MEDICAL, P.C.
1912 KINGS HWY
BROOKLYN, NEW YORK, 11229

**Registered Agent**
SPIEGEL & UTRERA, P.A., P.C.
45 JOHN STREET, SUITE 711
NEW YORK, NEW YORK, 10038

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | Name History |
|---|---|

Entity Information

| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
|---|---|---|---|---|---|
| 20000 | Par Value | 1 | OCT 13, 2000 | Actual | BUSHWICK PLAZA MEDICAL, P.C. |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of New York

| | |
|---|---|
| Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company | ) |
| *Plaintiff* | ) ) |
| Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treyaler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhulov, Michael Morgan, Mark Danilovich, Jeffory Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Namark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Ferrent Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic... | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United Medical of Brooklyn, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                *Server's signature*

                                          _____
                                                *Printed name and title*


                                          _____
                                                *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

(1) **Indicate the name of the entity or person to be served.** (*See Note 1 below*):

**United Medical of Brooklyn, P.C.**

(2) **If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information" and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

(3) **Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

**Domestic or Authorized Foreign Corporate Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

- ☑ Other: specify section of law   18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

(4) **Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

(5) **Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

(6) **Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

(7) (a) **If serving a domestic entity or an authorized foreign entity, deliver** *two (2) duplicate copies* **of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

(b) **If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

Note 1:   If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*

Note 2:   If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*

Note 3:   If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
   ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through April 17, 2012.

**Selected Entity Name: UNITED MEDICAL OF BROOKLYN, P.C.**

**Selected Entity Status Information**

**Current Entity Name:** UNITED MEDICAL OF BROOKLYN, P.C.

**Initial DOS Filing Date:** NOVEMBER 07, 1997

**County:** KINGS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

**Selected Entity Address Information**

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

C/O GARY TSIRELMAN
1002 DITMAS AVENUE / APT. 5D
BROOKLYN, NEW YORK, 11218

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

| **\*Stock Information** | | $ Value per | **Name History** | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | NOV 07, 1997 | Actual | UNITED MEDICAL OF BROOKLYN, P.C. |

\*Stock information is applicable to domestic busines corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

Search Results | New Search

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

| Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company | )  |
|---|---|
| *Plaintiff* | ) )|

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayents, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leersah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Ferrari Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

Civil Action No.

)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Friendly Physician, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

FOR DOS USE ONLY

**(1) Indicate the name of the entity or person to be served. (*See Note 1 below*):**

## Friendly Physician, P.C.

**(2)** If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.

**(3) Indicate the Section of Law under which service is made. Check only one box. (*See Note 2 below*):**

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

- ☑ Other: specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)  ☑ Check  ☐ Credit Card  ☐ Debit Card  ☐ Cash  ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6)** Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.

**(7) (a)** If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.

**(b)** If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)

> Note 1: If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*
>
> Note 2: If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*
>
> Note 3: If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

**FOR DOS USE ONLY**

Service of Process Unit Search Results:  ☐ Records Located  ☐ No Records Located     ☐ Entity Name has Changed  ☐ Merged Out
                                          ☐ Other._____

**Reason for Rejection:**
☐ Copies do not Match     ☐ 2 Copies Required  ☐ Court/Forum not within NYS     ☐ Payment not Received or Method not Indicated
☐ Other._____     Date of Rejection:_____  Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

**Selected Entity Name: FRIENDLY PHYSICIAN, P.C.**

### Selected Entity Status Information

**Current Entity Name:** FRIENDLY PHYSICIAN, P.C.

**Initial DOS Filing Date:** MARCH 24, 2003

**County:** KINGS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

FRIENDLY PHYSICIAN, P.C.
22 COLERIGE STREET
BROOKLYN, NEW YORK, 11235

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

| \*Stock Information | | |
|---|---|---|
| # of Shares | Type of Stock | $ Value per |
| 200 | No Par Value | |

\*Stock information is applicable to domestic business corporations.

| Name History | | |
|---|---|---|
| **Filing Date** | **Name Type** | **Entity Name** |
| MAR 24, 2003 | Actual | FRIENDLY PHYSICIAN, P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

Search Results | New Search

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Moshan, Mark Danilovich, Jeffrey Leosah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Digio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Guteva, M.D., Zuhair Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Macombs Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Healthcare, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Farragut Corner Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| FOR DOS USE ONLY |
|---|
|  |

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Farragut Corner Medical, P.C.

**(2)** If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "**Current Status Information**"and, if applicable, the "**Filing History Information**" and/or the "**Name History Information**") for the entity to be served to this cover sheet.

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*
- ☑ Other: specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6)** Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.

**(7) (a)** If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.

**(b)** If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control*. Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served*. |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control*. |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

---

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

Selected Entity Name: **FARRAGUT CORNER MEDICAL, P.C.**

### Selected Entity Status Information

**Current Entity Name:** FARRAGUT CORNER MEDICAL, P.C.
**Initial DOS Filing Date:** JANUARY 28, 2000
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
FARRAGUT CORNER MEDICAL, P.C.
1200 GRAVESEND NECK RD / #L2
BROOKLYN, NEW YORK, 11229

**Chairman or Chief Executive Officer**
SERGEY GABINSKY
1200 GRAVESEND NECK RD / #L2
BROOKLYN, NEW YORK, 11229

**Principal Executive Office**
FARRAGUT CORNER MEDICAL, P.C.
1200 GRAVESEND NECK RD / #L2
BROOKLYN, NEW YORK, 11229

**Registered Agent**
SPIEGEL & UTRERA, P.A., P.C.
45 JOHN STREET, SUITE 711
NEW YORK, NEW YORK, 10038

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| **\*Stock Information** | **Name History** |

Entity Information

| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
|---|---|---|---|---|---|
| 20000 | Par Value | 1 | JAN 28, 2000 | Actual | FARRAGUT CORNER MEDICAL, P.C. |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

[ Search Results ]   [ New Search ]

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

             *Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhulov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tudder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gsbinsky, M.D., Tatyana Gsbinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantina Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Hamilton Medical Healthcare, P.C.
                                  c/o New York Secretary of State
                                  1 Commerce Plaza
                                  99 Washington Avenue
                                  Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
                                 Smith & Brink, P.C.
                                 1325 Franklin Ave, Ste 320
                                 Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____               _____

                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

FOR DOS USE ONLY

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Hamilton Medical Healthcare, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

- ☑ Other: specify section of law  18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

Note 1:  If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*

Note 2:  If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*

Note 3:  If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

**FOR DOS USE ONLY**

Service of Process Unit Search Results:  ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

**Selected Entity Name: HAMILTON MEDICAL HEALTHCARE P.C.**

**Selected Entity Status Information**

**Current Entity Name:** HAMILTON MEDICAL HEALTHCARE P.C.

**Initial DOS Filing Date:** DECEMBER 11, 1997

**County:** KINGS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

**Selected Entity Address Information**

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

HAMILTON MEDICAL HEALTHCARE P.C.
8411 13TH AVENUE
BROOKLYN, NEW YORK, 11228

**Chairman or Chief Executive Officer**

GEORGE KREMENTSOV
8411 13TH AVE.
BROOKLYN, NEW YORK, 11228

**Principal Executive Office**

HAMILTON MEDICALHEALTH CARE PC, Y. GEORGE KREMENTSOV MD PHD
DIPLOMATE AMER. BD. DIS. ANALY
84-11 13TH AVENUE
BROOKLYN, NEW YORK, 11228

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |

Entity Information

| 200 | No Par Value | | DEC 11, 1997 | Actual | HAMILTON MEDICAL HEALTHCARE P.C. |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results | New Search

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company )

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostromsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Leezah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician P.C., Fermont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Meridian Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Solutions

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Quest Medical Services, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

<div style="border:1px solid #000; float:right; width:40%; height:80px;">

FOR DOS USE ONLY

</div>

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Quest Medical Services, P.C.

**(2)** If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

- ☑ Other: specify section of law   18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6)** Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.

**(7) (a)** If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.

**(b)** If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)

> Note 1:   If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*
>
> Note 2:   If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*
>
> Note 3:   If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

**FOR DOS USE ONLY**

Service of Process Unit Search Results:   ☐ Records Located   ☐ No Records Located      ☐ Entity Name has Changed   ☐ Merged Out
                          ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match      ☐ 2 Copies Required   ☐ Court/Forum not within NYS      ☐ Payment not Received or Method not Indicated
☐ Other:_____      Date of Rejection:_____   Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through April 17, 2012.

**Selected Entity Name: QUEST MEDICAL SERVICES P.C.**

**Selected Entity Status Information**

**Current Entity Name:** QUEST MEDICAL SERVICES P.C.

**Initial DOS Filing Date:** AUGUST 28, 2003

**County:** KINGS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** INACTIVE - Dissolution (Aug 27, 2007)

**Selected Entity Address Information**

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

QUEST MEDICAL SERVICES P.C.
2080 E 24TH STREET
BROOKLYN, NEW YORK, 11229

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

| **\*Stock Information** | | | **Name History** | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | AUG 28, 2003 | Actual | QUEST MEDICAL SERVICES P.C. |

\*Stock information is applicable to domestic busines corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

Search Results      New Search

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company | ) |
| *Plaintiff* | ) |
| Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretsky, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Loresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Daglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zubeir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Fairmont Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melodine Medical, P.C., Coldan Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Services | ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Melbourne Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*


                                                          _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

(1) Indicate the name of the entity or person to be served. (*See Note 1 below*):

Melbourne Medical, P.C.

(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.

(3) Indicate the Section of Law under which service is made. Check only one box. (*See Note 2 below*):

**Domestic or Authorized Foreign Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §306
☐ Not-for-Profit Corporation Law §306
☐ Limited Liability Company Law §303
☐ Partnership Law §121-109(a) (LP's)
☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
☐ Partnership Law §121-1505 (LLP's)
☐ Real Property Law §339-n
☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

☑ Other: specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §307
☐ Not-for-Profit Corporation Law §307
☐ Limited Liability Company Law §304
☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §306-A (suspended BC's)
☐ Limited Liability Co. Law §301-A (suspended LLC's)
☐ Partnership Law §121-104-A (suspended LP's)
☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
☐ Vehicle and Traffic Law §253 (non-resident)
☐ Vehicle and Traffic Law §254 (former resident)

(4) Indicate the manner in which the applicable fee is paid:
☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

(5) Indicate the name and address of the Process Server: Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.

(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.
   (b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

**FOR DOS USE ONLY**
Service of Process Unit Search Results: ☐ Records Located   ☐ No Records Located       ☐ Entity Name has Changed   ☐ Merged Out
                                         ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match      ☐ 2 Copies Required   ☐ Court/Forum not within NYS      ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection _____   Rejected by: _____
DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

The information contained in this database is current through April 17, 2012.

Selected Entity Name: **MELBOURNE MEDICAL, P.C.**

### Selected Entity Status Information

**Current Entity Name:** MELBOURNE MEDICAL, P.C.

**Initial DOS Filing Date:** NOVEMBER 08, 2000

**County:** QUEENS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** INACTIVE - Dissolution (Mar 18, 2008)

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

MELBOURNE MEDICAL, P.C.
67-07 MAIN STREET
FLUSHING, NEW YORK, 11367

**Chairman or Chief Executive Officer**

SERGEY GABINSKY, MD
67-07 MAIN ST
FLUSHING, NEW YORK, 11367

**Principal Executive Office**

MELBOURNE MEDICAL, P.C.
67-07 MAIN ST
FLUSHING, NEW YORK, 11367

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| # of Shares | *Stock Information | | Name History | | |
| --- | --- | --- | --- | --- | --- |
| | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | | | MELBOURNE MEDICAL, |

Entity Information

NOV 08, 2000      Actual          P.C.

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results      New Search

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate
Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook
Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrinsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria G. Ojeito, Kal Meirzon, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C, Constantine Voytenko, D.C., Dmitry Shlmovs, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plus D.S., P.C.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Colden Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

FOR DOS USE ONLY

(1) Indicate the name of the entity or person to be served. (*See Note 1 below*):

**Colden Medical, P.C.**

(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.

(3) Indicate the Section of Law under which service is made. Check only one box. (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

☑ Other: specify section of law 18 U.S.C. Sec. 1962
and applicable fee (☑ $40 or ☐ other $_____ )

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

(4) Indicate the manner in which the applicable fee is paid:
- ☐ Drawdown Account (_____ )   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

(5) Indicate the name and address of the Process Server: Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.

(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.

(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)

Note 1: If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*

Note 2: If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*

Note 3: If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located ☐ No Records Located ☐ Entity Name has Changed ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through April 17, 2012.

**Selected Entity Name: COLDEN MEDICAL, P.C.**

**Selected Entity Status Information**

| | |
|---|---|
| **Current Entity Name:** | COLDEN MEDICAL, P.C. |
| **Initial DOS Filing Date:** | JUNE 19, 2000 |
| **County:** | QUEENS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC PROFESSIONAL CORPORATION |
| **Current Entity Status:** | INACTIVE - Dissolution by Proclamation / Annulment of Authority (Jan 25, 2012) |

Information to reinstate a corporation that has been dissolved by
proclamation or annulment of authority by proclamation is available on the
New York State Department of Taxation and Finance website at
www.tax.ny.gov keyword TR-194.1 or by writing to
NYS Department of Taxation and Finance,
Reinstatement Unit/Bldg-8, Rm #958, W.A. Harriman Campus,
Albany, NY 12227 or by telephone at (518) 485-6027

**Selected Entity Address Information**

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

COLDEN MEDICAL, P.C.
45 JOHN STREET / SUITE 711
NEW YORK, NEW YORK, 10038

**Registered Agent**
SPIEGEL & UTRERA, P.A., P.C.
45 JOHN STREET / SUITE 711
NEW YORK, NEW YORK, 10038

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| | *Stock Information | | | Name History | |
|---|---|---|---|---|---|
| **# of Shares** | **Type of Stock** | **$ Value per** | **Filing Date** | **Name Type** | **Entity Name** |

Entity Information

| 20000 | Par Value | 1 | JUN 19, 2000 | Actual | COLDEN MEDICAL, P.C. |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician P.C., Ferrari Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

Civil Action No.

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Clearview of Brooklyn Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                       _____
                                                              *Printed name and title*

                                                       _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| FOR DOS USE ONLY |
| --- |
|  |

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Clearview of Brooklyn Medical, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made.  Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
    *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
    *(must serve a Deputy Secretary of State)*

- ☑ Other:  specify section of law    18 U.S.C. Sec. 1962
    and applicable fee (☑ $40 or ☐ other $_____ )

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☐ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

| | |
| --- | --- |
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

| **FOR DOS USE ONLY** |
| --- |
| Service of Process Unit Search Results: ☐ Records Located  ☐ No Records Located      ☐ Entity Name has Changed   ☐ Merged Out      ☐ Other:_____ |
| **Reason for Rejection:** |
| ☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS      ☐ Payment not Received or Method not Indicated |
| ☐ Other:_____          Date of Rejection:_____    Rejected by: _____ |

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

**Selected Entity Name: CLEARVIEW OF BROOKLYN MEDICAL P.C.**

### Selected Entity Status Information

**Current Entity Name:** CLEARVIEW OF BROOKLYN MEDICAL P.C.
**Initial DOS Filing Date:** SEPTEMBER 01, 2009
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
CLEARVIEW OF BROOKLYN MEDICAL P.C.
2965 OCEAN PKWY LOW LEVEL
BROOKLYN, NEW YORK, 11235
**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic busines
corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| SEP 01, 2009 | Actual | CLEARVIEW OF BROOKLYN MEDICAL P.C. |

A **Fictitious** name must be used when the **Actual** name of a
foreign entity is unavailable for use in New York State. The
entity must use the fictitious name when conducting its
activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Leraah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician's P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Coldea Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Novacare Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

FOR DOS USE ONLY

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## Novacare Medical, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information" and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

- ☑ Other: specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7)** (a) **If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

(b) **If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

Note 1: If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*

Note 2: If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*

Note 3: If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

**Selected Entity Name: NOVACARE MEDICAL P.C.**

**Selected Entity Status Information**

| | |
|---|---|
| **Current Entity Name:** | NOVACARE MEDICAL P.C. |
| **Initial DOS Filing Date:** | JANUARY 02, 2009 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC PROFESSIONAL CORPORATION |
| **Current Entity Status:** | ACTIVE |

**Selected Entity Address Information**

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
NOVACARE MEDICAL P.C.
2080 EAST 24TH ST 2ND FLR
BROOKLYN, NEW YORK, 11229

**Chairman or Chief Executive Officer**
TATYANE GABINSKAYA
2080 E 24TH ST
BROOKLYN, NEW YORK, 11229

**Principal Executive Office**
NOVACARE MEDICAL P.C.
2080 E 24TH ST
BROOKLYN, NEW YORK, 11229

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| **\*Stock Information** | | | **Name History** | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | | | NOVACARE MEDICAL |

Entity Information

|  | JAN 02, 2009 | Actual | P.C. |
|---|---|---|---|

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgut, Mark Danilovich, Jeffery Lerосh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C. Stamet Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   McGuire Medical P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633;  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9633;  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633;  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9633;  I returned the summons unexecuted because _____ ; or

&#9633;  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                   _____
                                                              *Printed name and title*

                                                   _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| FOR DOS USE ONLY |
| --- |
|  |

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## McGuire Medical P.C.

**(2) If serving a** *domestic entity* **or an** *authorized foreign entity*, **staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made.  Check only one box.** (*See Note 2 below*):

**Domestic or Authorized Foreign Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §306
☐ Not-for-Profit Corporation Law §306
☐ Limited Liability Company Law §303
☐ Partnership Law §121-109(a) (LP's)
☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
☐ Partnership Law §121-1505 (LLP's)
☐ Real Property Law §339-n
☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

☑ Other:  specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §307
☐ Not-for-Profit Corporation Law §307
☐ Limited Liability Company Law §304
☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
☐ Business Corporation Law §306-A (suspended BC's)
☐ Limited Liability Co. Law §301-A (suspended LLC's)
☐ Partnership Law §121-104-A (suspended LP's)
☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
☐ Vehicle and Traffic Law §253 (non-resident)
☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
☐ Drawdown Account (_____)  ☑ Check  ☐ Credit Card  ☐ Debit Card  ☐ Cash  ☐ Other
☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver** *two (2) duplicate copies* **of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**
  **(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

| | |
| --- | --- |
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control*. Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

**FOR DOS USE ONLY**
**Service of Process Unit Search Results:** ☐ Records Located  ☐ No Records Located    ☐ Entity Name has Changed  ☐ Merged Out
                                          ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match    ☐ 2 Copies Required  ☐ Court/Forum not within NYS        ☐ Payment not Received or Method not Indicated
☐ Other:_____                         Date of Rejection:_____  Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

Selected Entity Name: **MAGUIRE MEDICAL PRACTICE P.C.**

### Selected Entity Status Information

Current Entity Name: MAGUIRE MEDICAL PRACTICE P.C.

Initial DOS Filing Date: JULY 15, 2009

County: KINGS

Jurisdiction: NEW YORK

Entity Type: DOMESTIC PROFESSIONAL CORPORATION

Current Entity Status: ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

MAGUIRE MEDICAL PRACTICE P.C.
3858 NOSTRAND AVENUE STE 101
BROOKLYN, NEW YORK, 11235

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| **\*Stock Information** | | |
| --- | --- | --- |
| # of Shares | Type of Stock | $ Value per |
| 200 | No Par Value | |

\*Stock information is applicable to domestic busines
corporations.

| **Name History** | | |
| --- | --- | --- |
| **Filing Date** | **Name Type** | **Entity Name** |
| JUL 15, 2009 | Actual | MAGUIRE MEDICAL PRACTICE P.C. |

A **Fictitious** name must be used when the **Actual** name of a
foreign entity is unavailable for use in New York State. The
entity must use the fictitious name when conducting its
activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

<u>Services/Programs</u>  |  <u>Privacy Policy</u>  |  <u>Accessibility Policy</u>  |  <u>Disclaimer</u>  |  <u>Return to DOS Homepage</u>  |  <u>Contact Us</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffrey Loresh, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Maldonlia Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Maguire Medical Practice, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

> FOR DOS USE ONLY

**(1) Indicate the name of the entity or person to be served. (*See Note 1 below*):**

McGuire Medical, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box. (*See Note 2 below*):**

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
   (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
   (*must serve a Deputy Secretary of State*)

☑ Other: specify section of law 18 U.S.C. Sec. 1962
   and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

   **(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

---

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
                                          ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

Selected Entity Name: **MCGUIRE MEDICAL P.C.**

### Selected Entity Status Information

**Current Entity Name:** MCGUIRE MEDICAL P.C.

**Initial DOS Filing Date:** OCTOBER 30, 2007

**County:** QUEENS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

MCGUIRE MEDICAL P.C.
7 MCGUIRE COURT
STATEN ISLAND, NEW YORK, 10309

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | **Filing Date** | **Name Type** | **Entity Name** |
| 200 | No Par Value | | OCT 30, 2007 | Actual | MCGUIRE MEDICAL P.C. |

*Stock information is applicable to domestic busines corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Entity Information

| Search Results | New Search |

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

)
)
)

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffrey Lerash, Dmitry Lipis, Lyuda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physicians P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melbourne Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., and Green Hill Chiropractic, P.C.

)
)
)
)
)
)
)
)
)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hollis Medical Services, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*


                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

(1) Indicate the name of the entity or person to be served. (*See Note 1 below*):

### Hollis Medical Services, P.C.

(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.

(3) Indicate the Section of Law under which service is made.  Check only one box. (*See Note 2 below*):

**Domestic or Authorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

- ☑ Other:  specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

(4) Indicate the manner in which the applicable fee is paid:
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

(5) Indicate the name and address of the Process Server: Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.

(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.

  (b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.*  See the applicable section of law for further information. |

---

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
  ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

Selected Entity Name: **HOLLIS MEDICAL SERVICES, P.C.**

### Selected Entity Status Information

**Current Entity Name:** HOLLIS MEDICAL SERVICES, P.C.
**Initial DOS Filing Date:** MAY 07, 2008
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
HOLLIS MEDICAL SERVICES, P.C.
190-21 JAMAICA AVENUE
HOLLIS, NEW YORK, 11423

**Chairman or Chief Executive Officer**
EVA GATEVA
190-21 JAMAICA AVENUE
HOLLIS, NEW YORK, 11423

**Principal Executive Office**
HOLLIS MEDICAL SERVICES, P.C.
190-21 JAMAICA AVENUE
HOLLIS, NEW YORK, 11423

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 100 | No Par Value | | | | HOLLIS MEDICAL |

Entity Information

MAY 07, 2008    Actual         SERVICES, P.C.

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results       New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffery Leeah, Dmitry Lipis, Lynda Tadder, Mathew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuhair Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Faragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Medical Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGaire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health...

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Southern Boulevard Medical Care, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____               _____

                                          *Server's signature*

                                     _____

                                          *Printed name and title*


                                     _____

                                          *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Southern Boulevard Medical Care, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made.  Check only one box.** (*See Note 2 below*):

**Domestic or Authorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  - (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  - (*must serve a Deputy Secretary of State*)

- ☑ Other:  specify section of law  18 U.S.C. Sec. 1962
  - and applicable fee (☑ $40 or ☐ other $_____)

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control*. Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3) above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.*  See the applicable section of law for further information. |

---

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

**Selected Entity Name: SOUTHERN BOULEVARD MEDICAL CARE, P.C.**

### Selected Entity Status Information

**Current Entity Name:** SOUTHERN BOULEVARD MEDICAL CARE, P.C.
**Initial DOS Filing Date:** AUGUST 05, 2010
**County:** BRONX
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
SOUTHERN BOULEVARD MEDICAL CARE, P.C.
817 EAST 180TH STREET
BRONX, NEW YORK, 10460
**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | $ Value per | Name History | | |
|---|---|---|---|---|---|
| **# of Shares** | **Type of Stock** | | **Filing Date** | **Name Type** | **Entity Name** |
| 200 | No Par Value | | AUG 05, 2010 | Actual | SOUTHERN BOULEVARD MEDICAL CARE, P.C. |

*Stock information is applicable to domestic busines
corporations.

A **Fictitious** name must be used when the **Actual** name of a
foreign entity is unavailable for use in New York State. The
entity must use the fictitious name when conducting its
activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

| Search Results | | New Search |

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimer Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhailov, Micheal Moroz, Mark Danilovich, Jeffery Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Guteva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical. P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Furrgent Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Nexus Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGure Medical, P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Webster DST Medical, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                          *Server's signature*

                                                _____
                                                          *Printed name and title*


                                                _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## Webster DST Medical, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information" and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made.  Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

- ☑ Other:  specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**
**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.*  See the applicable section of law for further information. |

---

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located   ☐ No Records Located        ☐ Entity Name has Changed   ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match       ☐ 2 Copies Required   ☐ Court/Forum not within NYS        ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection _____   Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

Selected Entity Name: **WEBSTER DST MEDICAL, P.C.**

### Selected Entity Status Information

**Current Entity Name:** WEBSTER DST MEDICAL, P.C.

**Initial DOS Filing Date:** OCTOBER 27, 2008

**County:** BRONX

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION

**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

WEBSTER DST MEDICAL, P.C.
2955 WEBSTER AVENUE
BRONX, NEW YORK, 10458

**Chairman or Chief Executive Officer**

DAVID SANNI-THOMAS DO
2955 WEBSTER AVE
BRONX, NEW YORK, 10458

**Principal Executive Office**

DAVID SANNI-THOMAS DO
2955 WEBSTER AVE
BRONX, NEW YORK, 10458

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| # of Shares | *Stock Information | | Name History | | |
| --- | --- | --- | --- | --- | --- |
| | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | | | WEBSTER DST MEDICAL, |

Entity Information

|  | OCT 27, 2008 | Actual | P.C. |

*Stock information is applicable to domestic busines corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

| Search Results | | New Search |

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate
Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook
Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

               *Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail
Ostrumsky, Boris Treyzler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman,
Alexander Sundler, Gregory Mikhalov, Micheal Morgan, Mark Danilovich, Jeffrey Lereah, Dmitry Lipis, Lynda
Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D.,
Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zubeir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D.,
Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C.,
Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United
Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical
Healthcare, P.C., Quest Medical Services, P.C., Metro Medical, P.C., Colden Medical, P.C., Clearview of
Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis
Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic
Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plaza, D.C., etc.

           )
           )
           )
           )      Civil Action No.
           )
           )
           )
           )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United Diagnostic Imaging, P.C.
                                 c/o New York Secretary of State
                                 1 Commerce Plaza
                                 99 Washington Avenue
                                 Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Richard King, Esq.
                                Smith & Brink, P.C.
                                1325 Franklin Ave, Ste 320
                                Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                 _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                          _____
                                                    *Printed name and title*


                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

| | |
|---|---|
| | **FOR DOS USE ONLY** |

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## United Diagnostic Imaging, P.C.

**(2) If serving a** *domestic entity* **or an** *authorized foreign entity*, **staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

- ☑ Other: specify section of law   18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver** *two (2) duplicate copies* **of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

   **(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

---

Note 1:  If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*

Note 2:  If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*

Note 3:  If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

---

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
                         ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

**Selected Entity Name: UNITED DIAGNOSTIC IMAGING, P.C.**

### Selected Entity Status Information
**Current Entity Name:** UNITED DIAGNOSTIC IMAGING, P.C.
**Initial DOS Filing Date:** AUGUST 17, 1998
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information
**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
UNITED DIAGNOSTIC IMAGING, P.C.
777 EAST 31ST STREET
BROOKLYN, NEW YORK, 11210
**Chairman or Chief Executive Officer**
MARK SHAPIRO
777 EAST 31ST STREET
BROOKLYN, NEW YORK, 11210
**Principal Executive Office**
MARK SHAPIRO
777 EAST 31ST STREET
BROOKLYN, NEW YORK, 11210
**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

---

**\*Stock Information**                  |                  **Name History**

Entity Information

| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
|---|---|---|---|---|---|
| 200 | No Par Value | | AUG 17, 1998 | Actual | UNITED DIAGNOSTIC IMAGING, P.C. |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Micheal Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeny Shuman, Alexander Sandler, Gregory Mikhulov, Micheal Moshae, Mark Danilovich, Jeffrey Lereah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical  P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Fresstat Corner Medical, P.C. , Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Melrose Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kali Acupuncture, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                          *Server's signature*

                                            _____
                                                        *Printed name and title*


                                            _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

## Kali Acupuncture, P.C.

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

**Domestic or Authorized Foreign Entities** (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  (*must serve a Deputy Secretary of State*)
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  (*must serve a Deputy Secretary of State*)

- ☑ Other: specify section of law  18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____)

**Unauthorized Foreign Entities** (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities** (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law** (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**
**(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

| | |
|---|---|
| Note 1: | If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.* |
| Note 2: | If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.* |
| Note 3: | If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information. |

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located   ☐ No Records Located       ☐ Entity Name has Changed   ☐ Merged Out
☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match      ☐ 2 Copies Required   ☐ Court/Forum not within NYS      ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

**Selected Entity Name: KALI ACUPUNCTURE P.C.**

### Selected Entity Status Information

**Current Entity Name:** KALI ACUPUNCTURE P.C.
**Initial DOS Filing Date:** MAY 09, 2008
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
KALI ACUPUNCTURE P.C.
2817 AVE U
BROOKLYN, NEW YORK, 11219
**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | | | Name History | | |
|---|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | | MAY 09, 2008 | Actual | KALI ACUPUNCTURE P.C. |

*Stock information is applicable to domestic busines
corporations.

A **Fictitious** name must be used when the **Actual** name of a
foreign entity is unavailable for use in New York State. The
entity must use the fictitious name when conducting its
activities or business in New York State.

Entity Information

**NOTE:** New York State does not issue organizational identification numbers.

Search Results | New Search |

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yury Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrunsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Morgan, Mark Danilovich, Jeffrey Lenah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabinskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantino Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Farragut Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., McKinley Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic First of New York, P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  First Care Chiropractic, P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Service of Process Cover Sheet

FOR DOS USE ONLY

(1) **Indicate the name of the entity or person to be served.** (*See Note 1 below*):

### First Care Chiropractic, P.C.

(2) **If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

(3) **Indicate the Section of Law under which service is made.  Check only one box.** (*See Note 2 below*):

**Domestic or Authorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

- ☑ Other:  specify section of law 18 U.S.C. Sec. 1962
  and applicable fee (☑ $40 or ☐ other $_____ )

**Unauthorized Foreign Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Co. Law §304
- ☐ Partnership Law §121-109(b) (LP's)

**Suspended Entities (Applicable fee: $40.00)**
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

**Vehicle and Traffic Law (Applicable fee: $10.00)**
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

(4) **Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____ )   ☑ Check   ☐ Credit Card   ☐ Debit Card   ☐ Cash   ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

(5) **Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

(6) **Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

(7) (a) **If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

   (b) **If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee.** (*See Note 3 below*)

> Note 1: If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*
> Note 2: If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3) above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*
> Note 3: If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.*  See the applicable section of law for further information.

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located   ☐ No Records Located   ☐ Entity Name has Changed   ☐ Merged Out
  ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match   ☐ 2 Copies Required   ☐ Court/Forum not within NYS   ☐ Payment not Received or Method not Indicated
☐ Other:_____   Date of Rejection:_____   Rejected by:_____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through April 17, 2012.

Selected Entity Name: **FIRST CARE CHIROPRACTIC P.C.**

#### Selected Entity Status Information

**Current Entity Name:** FIRST CARE CHIROPRACTIC P.C.
**Initial DOS Filing Date:** JUNE 11, 1998
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

#### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
FIRST CARE CHIROPRACTIC P.C.
501 SURF AVE
STE 6K
BROOKLYN, NEW YORK, 11224
**Chairman or Chief Executive Officer**
CONSTANTINE VOYTENKO
501 SURF AVE
STE 6K
BROOKLYN, NEW YORK, 11224
**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per | Filing Date | Name Type | Entity Name |
| 200 | No Par Value | | JUN 11, 1998 | Actual | FIRST CARE CHIROPRACTIC P.C. |

*Stock information is applicable to domestic busines

Entity Information

corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results  |  New Search

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire and Casualty Insurance Company, and Northbrook Indemnity Company

*Plaintiff*

Mikhail Zemlyansky, Michael Danilovich , Yuriy Zayonts, Mikhail Kremerman, Michael Barukhin , Mikhail Ostrumsky, Boris Treysler, Andrey Anikeyev, Vladimir Grinberg, Vladislav Zaretskiy, Yevgeniy Shuman, Alexander Sandler, Gregory Mikhalov, Michael Mol\'yan, Mark Danilovich, Jeffery Lerrah, Dmitry Lipis, Lynda Tadder, Matthew Conroy, Maria C. Diglio, Sol Naimark, Sergey Gabinsky, M.D., Tatyana Gabizskaya, M.D., Lauretta Grzegorczyk, M.D., Eva Gateva, M.D., Zuheir Said, M.D., David Thomas, D.O., Mark Shapiro, M.D., Pavel Poznansky, L.A.C., Constantine Voytenko, D.C., Dmitry Slobodyansky, D.C., Big Apple Medical, P.C., Efficient Medical Diagnostic, P.C., Highway Medical Diagnostic, P.C., Bushwick Plaza Medical, P.C., United Medical of Brooklyn, P.C., Friendly Physician, P.C., Parsant Corner Medical, P.C., Hamilton Medical Healthcare, P.C., Quest Medical Services, P.C., Macombs Medical, P.C., Colden Medical, P.C., Clearview of Brooklyn Medical, P.C., Novacare Medical, P.C., McGuire Medical P.C., Maguire Medical Practice, P.C., Hollis Medical Services, P.C., Southern Boulevard Medical Care, P.C., Webster DST Medical, P.C., United Diagnostic Imaging, P.C., Kali Acupuncture, P.C., First Care Chiropractic, P.C., Chiropractic Health Plus D.S., P.C.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chiropractic Health Plus D.S., P.C.
c/o New York Secretary of State
1 Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard King, Esq.
Smith & Brink, P.C.
1325 Franklin Ave, Ste 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# Service of Process Cover Sheet

| | FOR DOS USE ONLY |
|---|---|

**(1) Indicate the name of the entity or person to be served. (*See Note 1 below*):**

Chiropractic Health Plus D.S., P.C

**(2) If serving a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information"and, if applicable, the "Filing History Information" and/or the "Name History Information") for the entity to be served to this cover sheet.**

**(3) Indicate the Section of Law under which service is made.  Check only one box. (*See Note 2 below*):**

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☐ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's)
  *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19
  *(must serve a Deputy Secretary of State)*

- ☑ Other:  specify section of law ___18 U.S.C. Sec. 1962___
  and applicable fee (☑ $40 or ☐ other $_____ )

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account (_____)  ☑ Check  ☐ Credit Card  ☐ Debit Card  ☐  Cash  ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process Server:** Lightning Legal Services, LLC 299 Hamilton St Albany, NY 12210

**(6) Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process.**

**(7) (a) If serving a domestic entity or an authorized foreign entity, deliver *two (2) duplicate copies* of the process being served (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.**

   **(b) If serving an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy of the process being served (with this cover sheet stapled thereto) and the applicable fee. (*See Note 3 below*)**

> Note 1:  If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*
>
> Note 2:  If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3)" above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*
>
> Note 3:  If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.*  See the applicable section of law for further information.

---

**FOR DOS USE ONLY**

**Service of Process Unit Search Results:** ☐ Records Located  ☐ No Records Located  ☐ Entity Name has Changed  ☐ Merged Out
  ☐ Other:_____

**Reason for Rejection:**
☐ Copies do not Match    ☐ 2 Copies Required   ☐ Court/Forum not within NYS    ☐ Payment not Received or Method not Indicated
☐ Other:_____    Date of Rejection:_____    Rejected by: _____

DOS-0277(Rev. 3/08 )

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through April 17, 2012.**

---

Selected Entity Name: **CHIROPRACTIC HEALTH PLUS D.S., P.C.**

### Selected Entity Status Information

**Current Entity Name:** CHIROPRACTIC HEALTH PLUS D.S., P.C.
**Initial DOS Filing Date:** JUNE 03, 1998
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
CHIROPRACTIC HEALTH PLUS D.S., P.C.
601 SURF AVE
1-B
BROOKLYN, NEW YORK, 11224
**Chairman or Chief Executive Officer**
DMITRY SLOBODYANSKY
2351 E 14TH ST
2ND FL
BROOKLYN, NEW YORK, 11229
**Principal Executive Office**
CHIROPRACTIC HEALTH PLUS D.S., P.C.
2351 E 14TH ST
2ND FL
BROOKLYN, NEW YORK, 11229
**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

Entity Information

| *Stock Information | | |
| --- | --- | --- |
| # of Shares | Type of Stock | $ Value per |
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

| Name History | | |
| --- | --- | --- |
| Filing Date | Name Type | Entity Name |
| JUN 03, 1998 | Actual | CHIROPRACTIC HEALTH PLUS D.S., P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search