**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 15 2012 ★

BROOKLYN OFFICE

To: June Lowe, case coordinator          Date: __5/11/12__

From: Jack B. Weinstein

NEW CASE DOCKET NUMBER __CV12-2303__

Magistrate Judge __REYES__

Treat under Local Rule 72.2 _____ ✓

Respectfully request expedition subject to view of the

Magistrate Judge _____

Set a conference before me as soon as possible after service _____

Issue an order to show cause why the case should not be dismissed as frivolous _____

Respectfully refer to the Magistrate Judge for:
_____
_____

Issue order as follows:
_____
_____

Other _____