UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, ALLSTATE NEW JERSEY
INSURANCE COMPANY, ALLSTATE PROPERTY
AND CASUALTY INSURANCE COMPANY,
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY f/k/a DEERBROOK
INSURANCE COMPANY, ALLSTATE FIRE
AND CASUALTY INSURANCE COMPANY,
AND NORTHBROOK INDEMNITY COMPANY,

Civil Action No.: 12-cv-2303
(JBW) (RER)

**SO-ORDERED
STIPULATION**

        Plaintiffs,

-against-

MIKHAIL ZEMLYANSKY, MICHAEL DANILOVICH,
YURIY ZAYONTS, MIKHAIL KREMERMAN,
MICHAEL BARUKHIN, MIKHAIL OSTRUMSKY,
BORIS TREYSLER, ANDREY ANIKEYEV, VLADIMIR
GRINBERG, VLADISLAV ZARETSKIY, YEVGENIY
SHUMAN, ALEXANDER SANDLER, GREGORY
MIKHALOV, MICHAEL MORGAN, MARK
DANILOVICH, JEFFREY LEREAH, DMITRY LIPIS,
LYNDA TADDER,

        "Management" Defendants,

-AND-

MATTHEW CONROY, MARIA DIGLIO,
SOL NAIMARK,

        "Lawyer" Defendants,

-AND-

SERGEY GABINSKY, M.D., TATYANA
GABINSKAYA, M.D., LAURETTA GRZEGORCZYK,
M.D., EVA GATEVA, M.D., ZUHEIR SAID, M.D.,
DAVID THOMAS, D.O., MARK SHAPIRO, M.D.,
PAVEL POZNANSKY, L.AC., CONSTANTINE
VOYTENKO, D.C., DMITRY SLOBODYANSKY, D.C.,

        "Nominal PC Owner" Defendants,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 10 2012 ★
BROOKLYN OFFICE

BIG APPLE MEDICAL, P.C., EFFICIENT MEDICAL DIAGNOSTIC, P.C., HIGHWAY MEDICAL DIAGNOSTIC, P.C., BUSHWICK PLAZA MEDICAL, P.C., UNITED MEDICAL OF BROOKLYN, P.C., FRIENDLY PHYSICIAN, P.C., FARRAGUT CORNER MEDICAL, P.C., HAMILTON MEDICAL HEALTHCARE, P.C. QUEST MEDICAL SERVICES, P.C., MELBOURNE MEDICAL, P.C., COLDEN MEDICAL, P.C., CLEARVIEW OF BROOKLYN MEDICAL, P.C., NOVACARE MEDICAL, P.C., MCGUIRE MEDICAL P.C., MAGUIRE MEDICAL PRACTICE, P.C., HOLLIS MEDICAL SERVICES, P.C., SOUTHERN BOULEVARD MEDICAL CARE, P.C., WEBSTER DST MEDICAL, P.C., UNITED DIAGNOSTIC IMAGING, P.C., KALI ACUPUCTURE, P.C., FIRST CARE CHIROPRACTIC, P.C., AND CHIROPRACTIC HEALTH PLUS D.S., P.C.,

"PC" Defendants.

------------------------------------------------------------x

The undersigned attorneys stipulate as follows:

1. That the Clerk's entry of a default against Defendant Zuheir Said, M.D. (Docket No. 122) dated June 28, 2012, be vacated; and

2. That said Defendant will answer or otherwise move against Plaintiffs' Complaint ~~herein within sixty (60) days from the date hereof.~~ on or before August 1, 2012.

Dated: New York, New York
July 5, 2012

SMITH & BRINK, P.C.

_____
Richard King, Esq.
*Attorneys for Plaintiffs*
1325 Franklin Avenue (#320)
Garden City, New York 11530
Tel.: (347) 710-0050
Fax: (347) 710-0055

HOFFMAN POLLAND & FURMAN PLLC

_____
Mark L. Furman, Esq.
*Attorneys for Defendant Zuheir Said, M.D.*
220 East 42nd Street, Suite 435
New York, New York 10017
Tel.: (212) 338-0700
Fax: (212) 338-0093

SO ORDERED BY:

_____
HONORABLE JACK B. WEINSTEIN

7/9/12

# HOFFMAN POLLAND & FURMAN PLLC
Attorneys At Law
220 EAST 42ⁿᵈ STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-law.com

July 6, 2012

**BY ECF**

Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Allstate Insurance Company v. Zemlyansky, et al.
              Civil Action No. 12-cv-2303 (JBW)(RER)

Dear Judge Weinstein:

    Our Firm represents Zuheir Said, one of the denominated defendants in the above-referenced matter. A Notice of our Appearance was filed yesterday, Docket No. 132. By this letter, with the asset of Plaintiff' counsel, we are requesting that the entry of a default (Docket Nos. 114 and 122, the later dated June 28th 2012) against our client Zuheir Said be removed. A stipulation signed by counsel for both parties to that effect is attached hereto, requesting that it be so-ordered by the Court.

    We thank the Court for its cooperation and consideration of this matter.

                                           Respectfully,

                                           Mark L. Furman (MLF 4456)

cc: All parties by ECF