LAW OFFICES
# DAVID WIKSTROM
WOOLWORTH BUILDING · 233 BROADWAY · SUITE 2208
NEW YORK, NY 10279

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 5, 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2012 ★

BROOKLYN OFFICE

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York
*By Fax: (718) 613-2693*

Granted.
JW 7/6/12

Re:  Allstate Insurance Company v. Zemlyansky, *et al.*
     12 CV 2303 (JBW)

Dear Judge Weinstein:

I represent Vladimir Grinberg, one of the defendants in the above-entitled action.

Plaintiff, by Declaration dated June 29, 2012 (*see* Docket Entry 6/29/2012, Document #128), sought entry of a default judgment against Mr. Grinberg based upon his failure to appear in the action or answer the pending complaint.

Plaintiff's counsel has agreed to enter into a stipulation in Mr. Grinberg's case, extending to August 1, 2012 his deadline for appearing and answering. That stipulation, together with my Notice of Appearance as Mr. Grinberg's attorney, will be filed next week.

Under these circumstances, I respectfully request that the Court forbear from ruling upon Plaintiff's request for entry of a default judgment against Vladimir Grinberg, pending receipt of ~~the above~~ documents. I thank the Court for its courtesy and assistance.

Sincerely,

David Wikstrom

cc.(*via email*):  Richard D. King, Esq.