

ATTORNEY RICHARD D. KING, JR.
*ADMITTED IN MASSACHUSETTS, RHODE ISLAND, NEW YORK, PENNSYLVANIA AND CONNECTICUT FEDERAL COURT*
RKING@SMITHBRINK.COM

SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

BRAINTREE
350 GRANITE STREET
SUITE 2303
BRAINTREE, MA 02184
TEL: (617) 770-2214
FAX: (617) 774-1714

November 14, 2012

**VIA CM/ECF FILING AND**
**U.S. FIRST CLASS MAIL**
The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Allstate Insurance Company v. Zemlyansky, et al.*
United States District Court, Eastern District of New York
C.A. No. 12-cv-2303-JBW-RER
**Our File No.: 1021-3552**

Dear Judge Weinstein:

I write on behalf of the Plaintiffs, Allstate Insurance Company, and its affiliates in the above-referenced case. A hearing on the government's Motion to Stay Discovery (Docket No. 237 ) is currently scheduled for November 20, 2012 at 10:00 a.m. The undersigned respectfully requests permission to attend this hearing via telephone due to the fact that counsel will be traveling out of state.

Respectfully submitted,

Richard D. King, Jr.

RDK/jam