**ATTORNEY MICHAEL W. WHITCHER**
*ADMITTED IN MASSACHUSETTS AND NEW YORK*
MWHITCHER@SMITHBRINK.COM



SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

Courtesy copy, original filed by ECF, Docket Number 248

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2012 ★
BROOKLYN OFFICE

**BRAINTREE**
350 GRANITE STREET
SUITE 2303
BRAINTREE, MA 02184
TEL: (617) 770-2214
FAX: (617) 774-1714

October 22, 2012

**VIA CM/ECF FILING AND**
**U.S. FIRST CLASS MAIL**
The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*THE 11/20/12 HEARING IS CANCELLED.*

On Consent discovery stayed. So ordered. JBW 11/15/12

Re:   *Allstate Insurance Company, et. al., v. Mikhail Zemlyansky, et. al.*
      United States District Court, Eastern District of New York,
      C.A. No. 1:12-cv-02303-JBW-RER

Dear Judge Weinstein:

   I write on behalf of Plaintiffs, Allstate Insurance Company and its affiliates (collectively "Allstate"), in connection with the above-referenced matter. Allstate hereby consents to the relief requested by the United States Attorney in its Motion to Stay Discovery filed on October 3, 2012 (Docket No. 237).

                                                    Respectfully submitted,

                                                    Michael W. Whitcher (MW7455)

cc:   Magistrate Judge Ramon E. Reyes (via ECF filing and first-class U.S. Mail)
      All counsel and parties (via ECF filing and/or first-class U.S. Mail)

---

MASSACHUSETTS   MICHIGAN   NEW JERSEY   NEW YORK   PENNSYLVANIA   RHODE ISLAND