UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKHAIL ZEMLYANSKY, *et al.*<br><br>Defendants. | Civil Action No.12-cv-2303 (JBW)(RER) |

## NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law in Support of Plaintiffs' Motion for Leave to File an Amended Complaint, Plaintiffs' Proposed Amended Complaint, and the exhibits attached thereto, Plaintiffs hereby move this Honorable Court for an Order permitting Plaintiffs to file an Amended Complaint pursuant to Fed. R. Civ. P. 15(a).

PLEASE FURTHER TAKE NOTICE, that any opposition to Plaintiffs' Motion for Leave to File an Amended Complaint must be filed on or before August 9, 2013. *See* Minute Entry dated July 24, 2013 (Reyes, M.J.).

Respectfully Submitted,

SMITH & BRINK, P.C.

*/s/ Michael W. Whitcher*

_____

Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Michael W. Whitcher (MW7455)
1325 Franklin Ave, Suite 320
Garden City, NY 11530
(347) 710-0050

Attorneys for the Plaintiffs,

*Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company, Allstate Fire & Casualty Insurance Company, and Northbrook Indemnity Company*

Dated:  July 26, 2013